IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBORAH LAUFER,** | Case No.: 3:20-cv-01183-JBA |
| **Plaintiff,** | |
| v. | |
| **1114 JH LLC, and BRENWOOD HOSPITALITY LLC,** | |
| **Defendants.** | |

## MOTION TO WITHDRAW ACTION AS TO DEFENDANT 1114 JH LLC

Plaintiff, by and through THE undersigned counsel, hereby moves to withdraw its action against the Defendant, 1114 JH LLC, in the instant case with prejudice as it is the wrong Defendant because it is merely the real property owner and leases the property to the correct Defendant, BRENWOOD HOSPITALITY LLCC, which operates the hotel known as The J House and which has be added to the matter on October 1, 2020, via the First Amended Complaint (DE 8).

FOR THE PLAINTIFF,

SAIM SARWAR,,

By: /s/ L. Kay Wilson
L. Kay Wilson, Esq. (Ct16094)
WILSON LAW LLC
2842 Main St., #332
Glastonbury, CT 06033
(860)559-3733 (tele/text)
Wilson@KayWilsonLaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2020, a copy of the foregoing MOTION TO WITHDRAW ACTION AS TO DEFENDANT 1117 JH LLC was filed electronically and served on all counsel of record via the Court's CM/ECF system.

/s/ L. Kay Wilson, Fed. Juris ct16084