UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Laufer,
    *Plaintiff*,
    v.

1114 JH LLC,
    *Defendant.*

Docket No. 20-cv-1183 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required.   This case will now be dismissed.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the Court's file), they may move to re-open the case by February 12, 2021.

Request to extend this date may be made by motion filed under D. Conn. L. Civ. R. 7(b)(2).

                                      IT IS SO ORDERED.

                                      /s/_____
                                      Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 12th day of January 2021.