## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** | Case No.: 3:20-cv -1183-JBA |
| Plaintiff; | |
| v. | |
| **BRENWOOD HOSPITALITY LLC,** | |
| Defendant. | MARCH 15, 2021 |

### STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

By and through the undersigned counsel, the parties hereby stipulate that a Dismissal with Prejudice should enter based upon the parties' settlement of this matter.

FOR THE PLAINTIFF                                              FOR THE DEFENDANT

By: /s/ L. Kay Wilson                                              By: /s/ Chelsea R. Sousa

    L. Kay Wilson, Esq.                                              Chelsea R. Sousa (ct30991)
    Fed. Juris: ct16084                                              Litchfield Cavo LLP
    WILSON LAW LLC                                              82 Hopmeadow Street, Suite 210
    2842 Main St., #332                                              Simsbury, CT 06089
    Glastonbury, CT 06033                                              (860) 413-2716
    (860)559-3733 (tele)                                              sousa@litchfieldcavo.com
    Wilson@KayWilsonLaw.com

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**DEBORAH LAUFER, Individually,**

    **Plaintiff,**

v.

**BRENWOOD HOSPITALITY LLC,**

    **Defendant.**

Case No.: 3:20-cv -183-JBA

FEBURARY 23, 2021

## FINAL ORDER DISMISSING CASE

THIS CAUSE came before the Court on the Stipulation For Dismissal of the Case, and the Court having reviewed the pleadings and papers filed in this cause, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

I.    The above-styled cause be and the same is hereby DISMISSED with prejudice.

II.    To the extent not otherwise disposed of herein, all pending motions are hereby DENIED or moot and the case is closed.

DONE AND ORDERED in Chambers at,_____, this \_\_\_\_\_ day of _____, 2021.

                                                      Hon.